USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                  :

DEIVI GOMEZ,                           :
                                  :
                    Plaintiff,    :              1:25-cv-8889-GHW
                                  :
               -v-                :               ORDER
                                  :

CHICK-N-SMASH, CORP., *et al.*,   :
                                  :
                Defendants.   :
                                  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On July 31, 2025, Plaintiff filed this action under the Fair Labor Standards Act in the Eastern District of New York. Dkt No. 1. This action was transferred to the Southern District on October 27, 2025. Dkt. No. 9. Plaintiff filed certificates of service as to both Defendant soon after. Dkt Nos. 11, 14. The deadlines for both Defendants to answer or otherwise respond to the complaint has long since passed. *Id.* And as of the date of this order, neither Defendant has filed any response to the complaint and neither Defendant has appeared in this action. Accordingly, Plaintiff is ordered to file a letter updating the Court on the status of this case no later than May 18, 2026.

       SO ORDERED.

Dated: May 13, 2026
       New York, New York

                                  _____
                                     GREGORY H. WOODS
                                 United States District Judge