USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                       :

DEIVI GOMEZ,                        :

                             :

                    Plaintiff,   :           1:25-cv-8889-GHW

                             :

          -v-              :            ORDER

                             :

CHICK-N-SMASH, CORP., *et al.*,    :

                             :

                Defendants.  :

                             :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 13, 2026, the Court ordered Plaintiff to file an update of the status of this case no later than May 18, 2026. Dkt. No. 16. As of the date and time of this order, Plaintiff has not filed their update. Plaintiff is order to comply with the Court's order forthwith, and no later than May 20, 2026 at 4:00 p.m. Failure to comply with the Court's orders may result in the imposition of sanctions, including the dismissal of this action.

    SO ORDERED.

Dated: May 19, 2026
       New York, New York

                                    _____
                                    GREGORY H. WOODS
                               United States District Judge