USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                :

DEIVI GOMEZ,                       :

                                :

                    Plaintiff,    :           1:25-cv-8889-GHW

                                :

            -v-                :             ORDER

                                :

CHICK-N-SMASH, CORP., *et al.*,    :

                                :

                 Defendants.   :

                                :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The Court scheduled an initial pretrial conference in this case for June 30, 2026.  Dkt. No. 10.  Defendants' deadline to answer expired late last year.  Dkt. Nos. 11, 14.  On June 24, 2026,  the Clerk of Court entered a certificate of default against both Defendants.  Dkt. Nos. 29, 30.  No defendant has appeared.  Accordingly, the initial pretrial conference scheduled for June 30, 2026 is adjourned *sine die.*

      SO ORDERED.

Dated:  June 25, 2026
        New York, New York

                                _____
                                   GREGORY H. WOODS
                                United States District Judge