USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                  :

DEIVI GOMEZ,                       :
                                  :

                  Plaintiff,     :                  1:25-cv-8889-GHW

                                  :

              -v-                    :                   ORDER

                                  :

CHICK-N-SMASH, CORP., *et al.*,     :

                                  :

             Defendants.    :

                                  :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 26, 2026, Plaintiff filed materials in support of her application for an order to show cause why default judgment should not be entered against all Defendants.  Dkt. Nos. 32–35.  The Court will not issue Plaintiff's proposed order to show cause.

The Court's Individual Rules of Practice in Civil Cases specifies that the memorandum of law must set forth "the elements of each cause of action as to which default judgment is sought, with supporting legal authority" and "for each defendant and for each cause of action as to which default judgment is sought, an analysis demonstrating that the facts pleaded in the complaint support the conclusions that the relevant defendant is liable with respect to that cause of action." Attachment A, Individual Rules of Practice in Civil Cases, Rule 2(b).

Plaintiff's memorandum of law does not comply with the Court's Individual Rules.  In particular, it does not set forth the elements of the claims for which default judgment is sought, and it does not include any analysis of liability based on the facts as pleaded in the complaint. Accordingly, the Court will not issue the proposed order.

The Court will entertain any future application made in compliance with the Court's Individual Rules of Practice.  The Court expects that any such application will be made no later than

July 7, 2026.

     SO ORDERED.

Dated: June 26, 2026
      New York, New York

_____
GREGORY H. WOODS
United States District Judge

2