USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------X

DEIVI GOMEZ,

*Plaintiff,*

-against-

Chick-N-Smash Corp. and NORMAN ALSAIDI

*Defendants.*

------------------------------------X

**Case No.:** 25-cv-8889

**~~PROPOSED~~**
**DEFAULT JUDGMENT**

**JUDGMENT**

This action was filed on July 31, 2025. **See** Docket No. 1.

A summons and copy of the Complaint were properly served on Defendant Chick-N-Smash, Corp. on October 29, 2025 by service Authorized Agent Secretary of State Queenniziga Muhammad; and proof of such service on the said Defendant was filed on October 31, 2025 (Dkt. No. 11).

A summons and copy of the Complaint were properly served on Defendant NORMAN ALSAIDI on November 19, 2025 by service on Mr. Anthony a co-worker at Defendant ALSAIDI's actual place of business; and proof of such service on the said Defendant was filed on November 25, 2025 (Dkt. No. 14).

To date, Defendants Chick-N-Smash Corp. and NORMAN ALSAIDI have failed to Answer or otherwise appear in this action. The Clerk has notated their default on June 24, 2026. (Doc. No. 29-30). To date, Defendants Chick-N-Smash Corp. and NORMAN ALSAIDI have failed to Answer or otherwise appear in this action.

To date, Defendants Chick-N-Smash Corp. and NORMAN ALSAIDI have failed to Answer or otherwise appear in this action. The Clerk has notated their default on June 24, 2026. (Doc. No. 29-30).

NOW, on motion of Plaintiff, by his attorney Colin Mulholland, Esq., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff DEIVI GOMEZ has judgment jointly and severally against each of the Defendants Chick-N-Smash Corp. and NORMAN ALSAIDI, in the amount of $58,171.51, consisting of $48,587.00 in actual and liquidated damages, $3,587.01 in prejudgment interest, and $5,997.50 in attorneys' fees and costs.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment per each Plaintiff shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York
October 7, 2026

UNITED STATES DISTRICT JUDGE

This document was entered on the docket on
____________________.